AO 440 (Rev. 1/90) Subpoena in a Civil Action

# United States District Court

_____DISTRICT OF__ DELAWARE _____

| | |
|---|---|
| LUCY LUTA, | SUMMONS IN A CIVIL ACTION |
| V. | |
| STATE OF DELAWARE, DEPARTMENT OF HEALTH AND SOCIAL SERVICES, | C.A. No.: 06-792 |

TO: (Name and Address of Defendant)
Mr. Vincent P. Meconi
Department of Health and Social Services
New Castle County
Main Building
1901 N. DuPont Highway
New Castle, DE 19720

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Gary W. Aber, Esquire
702 King Street, Suite 600
Wilmington, DE 19801

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| | |
|---|---|
| PETER T. DALLEO | December 28, 2006 |
| CLERK | DATE |
| *(signature)* | |
| BY DEPUTY CLERK | |

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 1/3/07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| DENORRIS BRITT | SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: STATE OF DELAWARE DEPARTMENT OF HEALTH & SOCIAL SERVICES AT 1901 N. DUPONT HWY. NEW CASTLE, DE  COPIES THEREOF WERE ACCEPTED BY PAMELA BROOKS GRIMES

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/3/06
            Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.