IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LUCY LUTA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A.No.: 06-792 |
| v. | ) |
| | ) |
| STATE OF DELAWARE, DEPARTMENT OF HEALTH AND SOCIAL SERVICES, | ) ) |
| | ) |
| Defendant. | ) |

**NOTICE OF SERVICE**

I, the undersigned, do certify that on this _____ day of February, 2007 I served two copies of the attached Answer of the Defendant to be served electronically and by U.S. Mail on the following:

    Gary W. Aber, Esquire
    702 King Street, Suite 600
    Wilmington, DE  19801
    Counsel for the Plaintiff

    \_\_\_\_/s/ Patricia D. Murphy_____
    Patricia D. Murphy
    Deputy Attorney General
    Department of Justice
    102 West Water Street
    Dover, DE  19904
    Attorney for Defendant