```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF DELAWARE

LUCY LUTA,                          )
                                    )
       Plaintiff,                   )
                                    )   C.A.No.: 06-792
v.                                  )
                                    )
STATE OF DELAWARE, DEPARTMENT       )
OF HEALTH AND SOCIAL SERVICES,      )
                                    )
       Defendant.                   )
```

**NOTICE OF SERVICE**

I, the undersigned, do certify that on this first day of August, 2007, I served two copies of the Defendant's 1st Set of Interrogatories and Request for Production by U.S. Mail on the following:

    Gary W. Aber, Esquire
    ABER GOLDLUST BAKER & OVER
    702 King Street, Suite 600
    P.O. Box 1675
    Wilmington, DE  19899

    /s/ Patricia D. Murphy
    Patricia D. Murphy
    Deputy Attorney General
    102 W. Water Street
    Dover, DE  19904
    (302) 739-7641